UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-04827 |
| JENNIFER C. AYALA, ) | | |
| ) | Chapter: | 7 |
| ) | | |
| ) | Honorable Thomas M. Lynch | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor's Chapter 7 case is reopened.

2) Upon entry of Discharge, this case shall be closed.

Enter:

Dated:                                        United States Bankruptcy Judge

**Prepared by:**

David M. Siegel, ARDC #6207611
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com