UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-04827 |
| Jennifer C. Ayala ) | | |
| ) | Chapter: | 7 |
| ) | Honorable LaShonda Hunt | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED;

1. The Debtor's Chapter 7 case is reopened.

2. Upon entry of Discharge, this case may be closed.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: August 01, 2019